FILED
2026 Oct-23 PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **JERRY LANDIS YARBROUGH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **5:26-cv-1368-EGL-JHE** |
| | ) | |
| **LIMESTONE COUNTY SHERRIFF OFFICE** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On October 1, 2026, the magistrate judge entered a Report and Recommendation (Doc. 8) recommending that the petition for writ of habeas corpus be dismissed without prejudice for failure to prosecute. No objections have been filed. The Court has considered the entire record, together with the report and recommendation, and has reached an independent conclusion that it is due to be adopted and approved. The Court thus adopts and approves the findings and recommendations of the magistrate judge as the findings and conclusions of this Court. The petition is due to be **DISMISSED**. A separate Order will be entered.

**DONE** and **ORDERED** this 23rd day of October, 2026.

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE